1054

THE STATE OF WASHINGTON, *Appellant*, v. THEODORE ALLEN JACOBSEN, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00585-3, Stephen M. Warning, J., entered March 28, 2000. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DAMON HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-01981-1, Norma Smith Huggins, J., entered August 21, 1997. *Dismissed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. GUSTAVO CHAVEZ, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08057-2, Sharon S. Armstrong, J., entered January 26, 1999. *Dismissed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. JOEL DAVID FISHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-08189-5, Harriett M. Cody, J., entered April 12, 1999. *Dismissed* by unpublished per curiam opinion.